# EXHIBIT 1-I

11/20/2014 7:54:04 PM
Chris Daniel - District Clerk Harris County
Envelope No. 3254474
By: Charleta Johnson
Filed: 11/20/2014 7:54:04 PM

# THE BUZBEE LAW FIRM

www.txattorneys.com

Reply to: Houston Office

November 20, 2014

**Via Electronic Filing**
Chris Daniels
Harris County District Clerk
201 Caroline
Houston, Texas 77002

Re:   Cause No. 2014-60989; *Anthony G. Buzbee v. Gayle Dickie, et al.*; In the 234th Judicial District Court of Harris County, Texas.

Clerk:

Please prepare the citation for the following Defendants with regards to the previously filed **Plaintiff's First Amended Petition and Request for Temporary Restraining Order**:

1. Defendant Hey Girl Hey Entertainment, L.L.C. is a limited liability company headquartered in California. This Defendant can be served via its registered agent: Gayle Dickie, 20000 Winnietka Pl, Woodland Hills, CA 91364;
2. Defendant Weathervane Productions, Inc. is a corporation headquartered in Nevada. This Defendant can be served via its registered agent: EASTBIZCOM, INC., 5348 Vegas Drive, Las Vegas, Nevada 89108;
3. Defendant Gayle Dickie may be served at 20000 Winnietka Pl., Woodland Hills, CA 91364;
4. Defendant James Allen Bradley may be served at 250 S. Pasadena Ave #207, Pasadena, CA 91105;
5. Defendant Jason VanEman may be served at PO Box 3524 Bartlesville, OK 74006;
6. Defendant Forrest Capital Partners, Inc. may be served via its registered agent: Benjamin McConley at 401 East Las Olas Blvd., Ste. 130. Ft. Lauderdale, FL 33301;
7. Defendant Forrest Capital And Co LLC, may be served via its registered agent: Benjamin McConley c/o FCP Holding Co. LLC at 401 East Las Olas Blvd., Ste. 130. Ft. Lauderdale, FL 33301; &
8. Defendant First Clearing may be served via its registered agent: CSC-Lawyers Incorporating Service Company, 221 Bolivar, Jefferson City, MO 65101.

Once the citations are completed, please call me at our office and we will handle proper service of Defendants. If you have any questions regarding this matter, please do not hesitate to contact me. Thank you in advance for your assistance. As always, I am,

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

J.P. Morgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only

Chris Daniels
Harris County District Clerk
November 20, 2014
Page 2

Very truly yours,

/s/ Leticia De La Cruz

Leticia De La Cruz
Assistant to Anthony G. Buzbee

AGB/ld

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

J.P. Morgan Chase Tower (Principal Office)
600 Travis, Suite 6850
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
Telephone: (956) 381-4440
Facsimile: (956) 381-4445

# EXHIBIT 1-J

Case 4:14-cv-03431   Document 1-3   Filed on 12/01/14 in TXSD   Page 5 of 14

11/25/2014 9:37:24 AM
Chris Daniel - District Clerk Harris County
Envelope No. 3290564
By: LAWANDA CORNETT
Filed: 11/25/2014 9:37:24 AM

CAUSE NO. 2014-60989

| | | |
|---|---|---|
| ANTHONY G. BUZBEE<br>    Plaintiff | § § § § | IN THE DISTRICT COURT |
| v. | § § | |
| GAYLE DICKIE, JASON VANEMAN, JAMES ALLEN BRADLEY, WEATHERVANE PRODUCTIONS, INC., FORREST CAPITAL PARTNERS, INC., FORREST CAPITAL & CO., LLC, FIRST CLEARING, LLC, WELLS FARGO BANK, N.A., WELLS FARGO ADVISORS, LLC AND HEY GIRL HEY GIRL ENTERTAINMENT LLC/3WAY FILMS<br>    Defendants | § § § § § § § § § § § § § § | HARRIS COUNTY, TEXAS<br><br><br><br><br><br>234ᵀᴴ DISTRICT COURT |

## ORIGINAL ANSWER OF DEFENDANTS WELLS FARGO BANK, N.A., WELLS FARGO ADVISORS, LLC AND FIRST CLEARING, LLC

Defendants Wells Fargo Bank, N.A., Wells Fargo Advisors, LLC and First Clearing, LLC ("Wells Fargo Defendants") file this Original Answer as follows:

### GENERAL DENIAL

1. Subject to and without waiving their right to have any and all of the Plaintiff's claims resolved in arbitration, Wells Fargo Defendants generally deny all claims, allegations and demands of Plaintiff Anthony G. Buzbee and demand that any and all of such claims, allegations and demands be proven by a preponderance of the evidence in an appropriate forum.

## PRAYER

WHEREFORE, Wells Fargo Defendants respectfully requests that Plaintiff's claims be denied in their entirety, and for such other relief which the Court deems just.

Respectfully submitted,

BALLARD & LITTLEFIELD, LLP

By: /s/Jack D. Ballard
Jack D. Ballard
Texas Bar No. 01650300
jballard@ballardlittlefield.com
Susan A. Logsdon
Texas Bar No. 00999300
slogsdon@ballardlittlefield.com
3700 Buffalo Speedway, Suite 250
Houston, Texas 77098
Phone: (713) 403-6400
Facsimile: (713) 403-6410

ATTORNEYS FOR DEFENDANTS
WELLS FARGO BANK, N.A., WELLS
FARGO ADVISORS, LLC AND FIRST
CLEARING, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2014, a copy of the foregoing was served on the following individuals by the methods indicated:

*Via Facsimile*
Anthony G. Buzbee
The Buzbee Law Firm
J. P. Morgan Chase Tower
600 Travis #7300
Houston, TX 77002

/s/ Jack D. Ballard
Jack D. Ballard

# EXHIBIT 1-K

11/26/2014 12:02:57 PM
Chris Daniel - District Clerk Harris County
Envelope No. 3311047
By: LAWANDA CORNETT
Filed: 11/26/2014 12:02:57 PM

CAUSE NO. 2014-60989

| | | |
|---|---|---|
| BUZBEE, ANTHONY G , **PLAINTIFF** | § § § § § § § § | IN THE 234TH JUDICIAL DISTRICT COURT |
| VS. | | HARRIS COUNTY, TX |
| DICKIE, GAYLE , **DEFENDANT** | | |

### RETURN OF SERVICE

**ON Friday, November 14, 2014 AT 08:47 AM** - CITATION, PLAINTIFF'S ORIGINAL PETITION **CAME TO HAND.**

**ON Saturday, November 15, 2014 AT 08:35 AM, I, GARY HANSEN, DELIVERED BY PERSONAL SERVICE THE ABOVE-NAMED DOCUMENTS TO:** HEY GIRL HEY ENTERAINMENT LLC (A LIMITED LIABILITY COMPANY), C/O REGISTERED AGENT GAYLE DICKIE, 20000 WINNIETKA PL, WOODLAND HILLS, CA 91364.

My name is GARY HANSEN. My address is 9530 IMPERIAL HWY. #D, DOWNEY, CA 90242, USA. My date of birth is February 7, 1953. I am over the age of 18, and have no interest in this case. I am authorized to serve process within the state of CA. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I declare under penalty of perjury that the foregoing
is true and correct.

Executed in LOS ANGELES County, CA, on Saturday, November 15, 2014.


/S/ GARY HANSEN

DocID: P225700_2

ANTHONY BUZBEE

# EXHIBIT 1-L

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTHONY BUZBEE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| GAYLE DICKIE, JASON VAN EMAN, § | |
| JAMES ALLEN BRADLEY, § | |
| WEATHERVANE PRODUCTIONS, INC., § | |
| FORREST CAPITAL PARTNERS, INC., § CIVIL No. 4:14-cv-3431 |
| FORREST CAPITAL & CO., LLC, FIRST § | |
| CLEARING, LLC, WELLS FARGO § | |
| BANK, N.A., WELLS FARGO ADVISORS, § | |
| LLC, AND HEY GIRL HEY § | |
| ENTERTAINMENT LLC/3WAY FILMS § | |
| § | |
| Defendants. § | |

**DEFENDANTS GAYLE DICKIE, JASON VANEMAN,
JAMES ALLEN BRADLEY, WEATHERVANE PRODUCTIONS, INC.,
AND HEY GIRL HEY ENTERTAINMENT LLC'S CONSENT TO REMOVAL**

Defendants Gayle Dickie, Jason Van Eman, James Allen Bradley, Weathervane Productions, Inc., and Hey Girl Hey Entertainment LLC hereby consent to the removal of *Anthony G. Buzbeee v. Gayle Dickie, Jason Van Eman, James Allen Bradley, Weathervane Productions, Inc., Forrest Capital Partners, Inc., Forrest Capital & Co., LLC, First Clearing, LLC, Wells Fargo Bank, N.A., Wells Fargo Advisors, LLC, and Hey Girl Hey Entertainment LLC/3Way Films*, Cause No. 2014-60989 from the 234th Judicial District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division.

Dated: December 1, 2014

      */s/ J. Maxwell Beatty*
DIAMOND MCCARTHY LLP
Allan B. Diamond
State Bar No. 05801800
adiamond@diamondmccarthy.com
Stephen T. Loden
State Bar No. 24002489
sloden@diamondmccarthy.com
J. Maxwell Beatty
State Bar No. 24051740
mbeatty@diamondmccarthy.com
909 Fannin Street, Suite 1500
Houston, TX 77010
Tel: 713-333-5100
Fax: 713-333-5199

*Counsel for Gayle Dickie, Jason Van Eman, James Allen Bradely, Weathervane Productions, Inc., and Hey Girl Hey Entertainment LLC*

# EXHIBIT 1-M

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTHONY BUZBEE, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GAYLE DICKIE, JASON VAN EMAN, § <br> JAMES ALLEN BRADLEY, § <br> WEATHERVANE PRODUCTIONS, INC., § <br> FORREST CAPITAL PARTNERS, INC., § <br> FORREST CAPITAL & CO., LLC, FIRST § <br> CLEARING, LLC, WELLS FARGO § <br> BANK, N.A., WELLS FARGO ADVISORS, § <br> LLC, AND HEY GIRL HEY § <br> ENTERTAINMENT LLC/3WAY FILMS § <br> § <br> Defendants. § <br> § | CIVIL NO. 4:14-cv-3431 |

## LIST OF COUNSEL OF RECORD

Pursuant to Local Rule 81 of the Southern District of Texas, Defendants Forrest Capital Partners, Inc. and Forrest Capital and Co., LLC presents the following list of parties and counsel of record in this matter:

1. **Counsel for Plaintiff:**

    THE BUZBEE LAW FIRM
      Anthony G. Buzbee
      State Bar No. 24001820
      tbuzbee@txattorneys.com
      JP Morgan Chase Tower
      600 Travis, Suite 7300
      Houston, Texas 77002
      Tel: 713-223-5393
      Fax: 713-223-5909

2. **Counsel for Wells Fargo Bank, N.A.,
   Wells Fargo Advisors, LLC, and
   First Clearing, LLC:**

    BALLARD & LITTLEFIELD, LLP
      Jack D. Ballard
      State Bar No. 01650300
      jballard@ballardlittlefield.com
      Susan A. Logsdon
      State Bar. No. 00999300
      slogsdon@ballardlittlefield.com
      3700 Buffalo Speedway, Suite 250
      Houston, Texas 77098
      Tel: 713-403-6400
      Fax: 713-403-6410

3. **Counsel for Gayle Dickie,
   Jason Van Eman,
   James Allen Bradley,
   Weathervane Productions, Inc.,
   Hey Girl Hey Entertainment LLC,
   Forrest Capital Partners, Inc., and
   Forrest Capital and Co., LLC**

    DIAMOND MCCARTHY LLP
      Stephen T. Loden (S.D. 21747) – Attorney in Charge
      State Bar No. 24002489
      sloden@diamondmccarthy.com
      Allan B. Diamond (S.D. 12310)
      State Bar No. 05801800
      adiamond@diamondmccarthy.com
      J. Maxwell Beatty (S.D. 892247)
      State Bar No. 24051740
      mbeatty@diamondmccarthy.com
      909 Fannin Street, Suite 1500
      Houston, TX 77010
      Tel: 713-333-5100
      Fax: 713-333-5199