## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY G. BUZBEE | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | **CIVIL ACTION NO.: 414-CV-03431** |
| GAYLE DICKIE, JASON, | § | |
| VANEMAN, JAMES, | § | |
| ALLEN BRADLEY, | § | |
| WEATHERVANE PRODUCTIONS, INC., | § | |
| FORREST CAPITAL PARTNERS, INC., | § | |
| FORREST CAPITAL AND CO LLC, | § | |
| FIRST CLEARING LLC, | § | |
| WELLS FARGO BANK, N.A., | § | |
| WELLS FARGO | § | |
| ADVISORS, LLC, | § | |
| and HEY GIRL HEY ENTERTAINMENT, | § | |
| LLC/3WAY FILMS | § | |
|    Defendants. | § | **JURY TRIAL DEMANDED** |

### NOTICE OF SETTLEMENT

Plaintiff Anthony G. Buzbee respectfully notifies the Court that a settlement has been reached and finalized, and that the parties will file dismissal pleadings on or before February 13, 2015.

Respectfully submitted,

Dated: February 5, 2015                    */s/ Anthony G. Buzbee*
                                              Anthony G. Buzbee (Attorney-In-Charge)
                                              Texas State Bar No. 24001820
                                              Federal Bar No. 22679
                                              Kyle R. Beckley
                                              Federal Bar No. 2130131
                                              THE BUZBEE LAW FIRM
                                              JPMorgan Chase Tower
                                              600 Travis Street, Suite 7300
                                              Houston, Texas 77002
                                              Telephone: (713) 223-5393
                                              Facsimile: (713) 223-5909
                                              .txattorneys.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this document has been duly served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this   day of February, 2015.

      **Via Fax: (713) 333-5199 and Email**
Allan B. Diamond
 @diamondmccarthy.
Stephen T. Loden
 @diamondmccarthy.
J. Maxwell Beatty
 @diamondmccarthy.
Benjamin R. Garry
 @diamondmccarthy.
DIAMOND MCCARTHY LLP
909 Fannin Street, Suite 1500
Houston, TX 77010

*Counsel for Defendants  Gayle Dickie*
*Jason Van Eman,James Allen Bradley,*
 *Weathervane Productions, Inc., Hey Girl Hey*
*Entertainment LLC,  Forrest*
*Capital Partners, Inc. and Forrest*
*Capital and Co. LLC*


      **Via Fax: 713-403-6410 and Email**
Jack D. Ballard
 @ballardlittlefield.
Susan A. Logsdon
 @ballardlittlefield.
Ballard & Littlefield, LLP
3700 Buffalo Speedway, Suite 250
Houston, Texas 77098

*Counsel for Wells Fargo Bank, N.A.,*
*Wells Fargo Advisors, LLC, and*
*First Clearing LLC*

                                           */s/ Kyle R. Beckley*_____
                                           Kyle R. Beckley