# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ANTHONY G. BUZBEE § § Plaintiff, § § v. § § GAYLE DICKIE, JASON, § VANEMAN, JAMES, § ALLEN BRADLEY, § WEATHERVANE PRODUCTIONS, INC., § FORREST CAPITAL PARTNERS, INC., § FORREST CAPITAL AND CO LLC, § FIRST CLEARING LLC, § WELLS FARGO BANK, N.A., § WELLS FARGO § ADVISORS, LLC, § and HEY GIRL HEY ENTERTAINMENT, § LLC/3WAY FILMS § Defendants. § | CIVIL ACTION NO.: 414-CV-03431 **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered Plaintiff's Motion to Dismiss with Prejudice. The Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that all claims made by Plaintiff Anthony G. Buzbee in this lawsuit, against all parties, are hereby DISMISSED WITH PREJUDICE to re-filing, all parties to bear their own costs.

Signed at Houston, Texas, on this __9th__ day of __February__, 2015.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE